UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Employee Painters Trust, *et al.*,<br><br>　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>Quality Services, Inc., *et al.*,<br><br>　　　　　　　　Defendant(s). | 2:24-cv-00280-APG-MDC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION** |

**IT IS ORDERED** that the *Stipulation for the Extension of Time* (ECF No. 14) is GRANTED in part and DENIED in part. The deadline to respond to the plaintiff's complaint is October 14, 2024. The parties shall submit a stipulated discovery plan and scheduling order by November 21, 2024.

DATED this 19th day of August 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge