ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada  89511
Telephone: (775) 785-0088
Facsimile:  (775) 785-0087
*Attorneys for Defendants*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; POLITICAL ACTION TOGETHER-POLITICAL COMMITTEE FUND; STAR PROGRAM, INC.; HOLIDAY AND VACATION FUND,<br>                Plaintiffs,<br>vs.<br>QUALITY SERVICES, INC. d/b/a QUALITY CARPETS, a Nevada corporation; BARRY ALLEN GRIDER, an individual; PATRICK W. GRIDER, an individual; KATHRYN LOUISE GRIDER, an individual; ARCH INSURANCE COMPANY, a Missouri corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; DOES I-X; ROES I- X,<br>                Defendants. | CASE NO.: 2:24-cv-00280-APG-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br>**[FIRST REQUEST]** |

Plaintiffs, Board of Trustees of The Employee Painters' Trust, *et al.* (collectively the "Plaintiffs"), and the remaining Defendants Quality Services, Inc. d/b/a Quality Carpets, Barry

Allen Grider, Patrick W. Grider and Kathryn Louise Grider (collectively, the "Defendants")[1], each acting by and through their undersigned counsel, respectfully file this Stipulation to Extend the Deadline to Respond to Plaintiffs' Motion for Leave to File First Amended Complaint for the reasons set forth more fully below.

On March 28, 2025, Plaintiffs filed Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 22) ("Motion"). In their Motion, Plaintiffs acknowledge that their claims are automatically stayed as to Defendant Quality Services, Inc. d/b/a Quality Carpets, only, due to its filing for Bankruptcy and pursuant to 11 U.S.C. § 362.[2] However, Plaintiffs stated an intention to proceed with their claims against the individual defendants: Barry Allen Grider, his wife, Kathryn Louise Grider, and their son, Patrick W. Grider, who are all officers of Quality Carpets.

Defense counsel was recently informed that Defendant Kathryn Louise Grider was admitted to a hospice program last week. As a result, defense counsel has been unable to adequately consult with the individual defendants regarding Plaintiffs' Motion and a response thereto, which is currently due on or before April 11, 2025. In light of such circumstances, the Parties stipulate that the deadline for Defendants to file a response to Plaintiffs' Motion be extended by a period of fourteen (14) days, from April 11, 2025, to April 25, 2025.

///

///

///

---

[1] On March 28, 2025, Plaintiffs filed a Notice of Voluntary Dismissal of Arch Insurance Company with Prejudice (ECF No. 20) and a Notice of Voluntary Dismissal of Hartford Fire Insurance Company without Prejudice (ECF No. 21).

[2] On November 12, 2024, Defendants filed a Notice of Filing of Voluntary Petition for Bankruptcy and Application of Automatic Stay of Proceedings (ECF No. 19) regarding Quality Carpets' Bankruptcy Petition.

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

The Parties represent that the reasons described above constitute good cause to extend the deadline to respond to Plaintiffs' Motion and maintain that this request is made in good faith and not for purposes of delay.

DATED this 11th day of April 2025.

| CHRISTENSEN JAMES & MARTIN | SIMONS HALL JOHNSTON PC |
|---|---|
| By: s/ Kevin B. Archibald | By: s/Anthony L. Hall |
| Kevin B. Archibald, # 13817<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117<br>T: (702) 255-1718<br>Email: kba@cjmlv.com<br>*Counsel for Plaintiffs* | Anthony Hall, # 5977<br>690 Sierra Rose Drive<br>Reno, NV 89511<br>T: (775) 785-0088<br>Email: ahall@shjnevada.com<br>*Counsel for Defendants Quality Services, Inc., Barry Allen Grider, Patrick W. Grider, and Kathryn Louise Grider* |

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 4/14/2025