**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Laura J. Wolff (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com, ljw@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the*
*Employee Painters' Trust, et al.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; POLITICAL ACTION TOGETHER-POLITICAL COMMITTEE FUND; STAR PROGRAM, INC.; HOLIDAY AND VACATION FUND,

Plaintiffs,

vs.

QUALITY CARPETS SERVICES, INC. d/b/a QUALITY CARPETS, a Nevada corporation; BARRY ALLEN GRIDER, an individual, and as Personal Representative of the ESTATE OF KATHRYN GRIDER; PATRICK W. GRIDER, an individual; FRANK LEPORI CONSTRUCTION, LLC, a Nevada limited liability company; FRANK LEPORI, an individual; FRANCES LEPORI, an individual; GAGE VILLAGE COMMERCIAL DEV. LLC, a Nevada limited liability company; AM-GSR HOLDINGS, LLC, a Nevada limited liability company; MEI-GSR HOLDINGS LLC dba GRAND SIERRA RESORT AND CASINO, a Nevada limited liability company; MERUELO ENTERPRISES INC., a California corporation;

CASE NO.: 2:24-cv-00280-APG-MDC

**STIPULATION AND ORDER TO DISMISS DEFENDANTS FRANK LEPORI CONSTRUCTION, LLC, FRANK LEPORI, AND FRANCES LEPORI WITH PREJUDICE**

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; JACOBS PINON PLAZA ENTERTAINMENT, INC. aka JACOBS PINION PLAZA ENTERTAINMENT, INC., a Nevada corporation; GOLD DUST CARSON CITY, LLC, a Delaware limited liability company, DOES I-X; ROES I-X,

Defendants.

## STIPULATION AND ORDER TO DISMISS DEFENDANTS FRANK LEPORI CONSTRUCTION, LLC, FRANK LEPORI, AND FRANCES LEPORI WITH PREJUDICE

The Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* (collectively the "Plaintiffs") and Defendants Frank Lepori Construction, LLC, Frank Lepori, and Frances Lepori ("Lepori Defendants"), each acting by and through their undersigned counsel, hereby stipulate and agree that the Lepori Defendants, only, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own fees and costs.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: ___/s/ Laura J. Wolff_____
   Laura J. Wolff, Esq. (NV Bar 6869)
   7440 W. Sahara Ave.
   Las Vegas, NV 89117
   Tel: (702) 255-1718
   Fax: (702) 255-0871
   Email: ljw@cjmlv.com
   *Counsel for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

**MCDONALD CARANO LLP**

By: ___/s/ Philip Mannelly_____
   Philip Mannelly, Esq. (NV Bar 14236)
   100 W. Liberty Street, Tenth Floor
   Reno, NV 89501
   Tel: (775) 788-2000
   Email:pmannelly@mcdonaldcarano.com
   *Counsel for Defendants Frank Lepori Construction, LLC, Frank Lepori, and Frances Lepori*

Dated this 9th day of July, 2026.

Dated this 9th day of July, 2026.

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 10, 2026

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871