**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Laura J. Wolff (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com, ljw@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; POLITICAL ACTION TOGETHER-POLITICAL COMMITTEE FUND; STAR PROGRAM, INC.; HOLIDAY AND VACATION FUND,

Plaintiffs,

vs.

QUALITY CARPETS SERVICES, INC. d/b/a QUALITY CARPETS, a Nevada corporation; BARRY ALLEN GRIDER, an individual, and as Personal Representative of the ESTATE OF KATHRYN GRIDER; PATRICK W. GRIDER, an individual; FRANK LEPORI CONSTRUCTION, LLC, a Nevada limited liability company; FRANK LEPORI, an individual; FRANCES LEPORI, an individual; GAGE VILLAGE COMMERCIAL DEV. LLC, a Nevada limited liability company; AM-GSR HOLDINGS, LLC, a Nevada limited liability company; MEI-GSR HOLDINGS LLC dba GRAND SIERRA RESORT AND CASINO, a Nevada limited liability company; MERUELO ENTERPRISES INC., a California corporation;

CASE NO.: 2:24-cv-00280-APG-MDC

**STIPULATION AND ORDER TO DISMISS DEFENDANTS JACOBS PINON PLAZA ENTERTAINMENT, INC. aka JACOBS PINION PLAZA ENTERTAINMENT, INC. AND GOLD DUST CARSON CITY, LLC WITH PREJUDICE**

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; JACOBS PINON PLAZA ENTERTAINMENT, INC. aka JACOBS PINION PLAZA ENTERTAINMENT, INC., a Nevada corporation; GOLD DUST CARSON CITY, LLC, a Delaware limited liability company, DOES I-X; ROES I-X,

Defendants.

**STIPULATION AND ORDER TO DISMISS DEFENDANTS JACOBS PINON PLAZA ENTERTAINMENT, INC. aka JACOBS PINION PLAZA ENTERTAINMENT, INC. AND GOLD DUST CARSON CITY, LLC WITH PREJUDICE**

The Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* (collectively the "Plaintiffs") and Defendants Jacobs Pinon Plaza Entertainment, Inc. aka Jacobs Pinion Plaza Entertainment, Inc. and Gold Dust Carson City, LLC ("Gold Dust Defendants"), each acting by and through their undersigned counsel, hereby stipulate and agree that the Gold Dust Defendants, only, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own fees and costs.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: /s/ Laura J. Wolff
Laura J. Wolff, Esq. (NV Bar 6869)
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
Email: ljw@cjmlv.com
*Counsel for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

Dated this 18th day of August, 2026.

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Paul A. Matteoni
Paul A. Matteoni, Esq. (NV Bar 3486)
One East Liberty Street, Suite 300
Reno, NV 89501
Tel: (775) 823-2900
Email:paul.matteoni@wbd-us.com
*Counsel for Defendants Jacobs Pinon Plaza Entertainment, Inc. aka Jacobs Pinon Plaza Entertainment, Inc. and Gold Dust Carson City, LLC*

Dated this 18th day of August, 2026.

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: August 19, 2026